WINDELS MARX LANE & MITTENDORF, LLP
*Successor Attorneys for Roy Babitt, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
(212) 237-1000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MORGAN & FINNEGAN, L.L.P.,<br>Debtor. | Chapter 7<br><br>Case No. 09-11203 (RDD) |
| ROY BABITT, Trustee for the Chapter 7<br>Estate of MORGAN & FINNEGAN, L.L.P.,<br><br>Plaintiff,<br><br>-against-<br><br>POLLACK & KAMINSKY, L.L.P.,<br><br>Defendant. | Adv. Pro. No. 11-01675 (RDD) |

**AFFIDAVIT OF SERVICE BY UNITED STATES MAIL**

**STATE OF NEW YORK**    )
                         ) **SS.:**
**COUNTY OF NEW YORK**   )

Stephanie Morales, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on March 17, 2011, I served the **SUMMONS** and **COMPLAINT** commencing the captioned action upon:

| Pollack & Kaminsky, LLP<br>c/o Daniel A. Pollack<br>131 East 66th Street, #2C<br>New York, NY 10065 | Paul Schwartzberg, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10001 | Daniel A. Pollack<br>131 East 66th Street, #2C<br>New York, NY 10065 |
|---|---|---|
| Martin I. Kaminsky<br>225 Circle Road<br>Syosset, NY 11791 | Edward T. McDermott<br>73 Locust Hill Road<br>Darien, Connecticut 06820 | Anthony Zaccaria<br>320 East 57th Street, Apt. 12C<br>New York, NY 10022 |
| Justin Chu<br>118 Murray Avenue<br>Port Washington, NY 11050 | W. Hans Kobelt<br>500 East 83rd Street, Apt. 6L<br>New York, NY 10028 | |

{10629696:1}

-2-

by delivering a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Stephanie Morales
STEPHANIE MORALES

Sworn to before me this 17th day of March 2011

/s/ Maritza Segarra
Maritza Segarra, Notary Public, State of New York
No. 03-4652865, Qualified in Westchester County
Commission Expires December 31, 2013