

windelsmarx.com

**Jorge R. Salva**
212.237.1173
jsalva@windelsmarx.com

156 West 56th Street  |  New York, NY 10019
T. 212.237.1000  |  F. 212.262.1215

June 3, 2011

**VIA EMAIL**

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re:   Morgan & Finnegan, Chapter 7, Case No. 09-11203 (RDD)
       Our File Number:  304350-002

Dear Judge Drain:

      We are successor counsel to Roy Babitt, the chapter 7 Trustee (the "Trustee") of Morgan & Finnegan, LLP ("M&F") referenced above.  I am writing in connection with several adversary proceedings commenced by the Trustee in this Chapter 7 bankruptcy case that are presently scheduled for pretrial conferences (the "PTCs") before Your Honor on Tuesday, June 7, 2011.

      Pursuant to my discussions with Ms. Dorothy Lee, Your Honor's Courtroom Deputy, the PTCs for the following adversary proceedings have been adjourned until <u>Wednesday, August 10, 2011</u> at 10 a.m., Eastern Standard Time, before Your Honor at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York 10601.

Babitt v. Aetna, Adv. Pro. No. 11-01635 (RDD)
Babitt v. Aderant, Adv. Pro. No. 11-01636 (RDD)
Babitt v. Verizon, Adv. Pro. No. 11-01640 (RDD)
Babitt v. Computer Patent Annuities, Adv. Pro. No. 11-01641 (RDD)
Babitt v. Courtlink, Adv. Pro. No. 11-01642 (RDD)
Babitt v. LexisNexis, Adv. Pro. No. 11-01643 (RDD)
Babitt v. Gerald R. Woods, Adv. Pro. No. 11-01645 (RDD)
Babitt v. Ido Tuchman, Adv. Pro. No. 11-01646 (RDD)
Babitt v. Douglas H. LeFeve, Adv. Pro. No. 11-01647 (RDD)
Babitt v. Anne Vachon Dougherty, Adv. Pro. No. 11-01648 (RDD)
Babitt v. Charles W. Peterson, Jr., Adv. Pro. No. 11-01649 (RDD)
Babitt v. Daniel McConnell, Adv. Pro. No. 11-01650 (RDD)



The Honorable Robert D. Drain
June 3, 2011
Page 2

Babitt v. Ira Blecker, Adv. Pro. No. 11-01652 (RDD)
Babitt v. J.B. Kraft, Adv. Pro. No. 11-01653 (RDD)
Babitt v. John H. Holcombe, Adv. Pro. No. 11-01654 (RDD)
Babitt v. Mark Kellogg, Adv. Pro. No. 11-01655 (RDD)
Babitt v. Michael Buchenhorner, Adv. Pro. No. 11-01656 (RDD)
Babitt v. Owen J. Gamon, Adv. Pro. No. 11-01657 (RDD)
Babitt v. Roy W. Truelson, Adv. Pro. No. 11-01658 (RDD)
Babitt v. William Malloy, Adv. Pro. No. 11-01659 (RDD)
Babitt v. William Sabo, Adv. Pro. No. 11-01660 (RDD)
Babitt v. Arnold Rady, Adv. Pro. No. 11-01664 (RDD)
Babitt v. Christopher K. Hu, Adv. Pro. No. 11-01665 (RDD)
Babitt v. John T. Gallagher, Adv. Pro. No. 11-01666 (RDD)
Babitt v. Richard C. Komson, Adv. Pro. No. 11-01667 (RDD)
Babitt v. Tod Melgar, Adv. Pro. No. 11-01668 (RDD)
Babitt v. Keith McWha, Adv. Pro. No. 11-01669 (RDD)
Babitt v. Bartholomew Verdirame, Adv. Pro. No. 11-01671 (RDD)
Babitt v. Tony V. Pezzano, Adv. Pro. No. 11-01672 (RDD)
Babitt v. Michael P. Dougherty, Adv. Pro. No. 11-01673 (RDD)
Babitt v. Pollack & Kaminsky, Daniel A. Pollack, Martin I. Kaminsky, Edward T. McDermott,
    Anthony Zaccaria, Justin Chu and W. Hans Kobelt, Adv. Pro. No. 11-01675 (RDD)

Please note that in each of the above adversary proceedings, the Trustee has previously entered into stipulations further extending defendants' time to answer, move or respond to the Complaint until June 15, June 22, or June 30, 2011 (the "Stipulations of Extension"). Each Stipulation of Extension has been entered as "So Ordered" by Your Honor.

Thank you in advance for Your Honor's consideration.

Respectfully Submitted,

/s/ Jorge R. Salva

Jorge R. Salva

JRS:cc
No Encl.

{10639233:2}



The Honorable Robert D. Drain
June 3, 2011
Page 3

cc:    Alan Nisselson, Esq. (by e-mail)
       Jeffrey Bernstein, Esq. (by e-mail)
       Simon R. Malko, Esq. (by e-mail)
       David W. Cranshaw, Esq. (by e-mail)
       Zach Wilson, Esq. (by e-mail)
       Darryl Laddin, Esq. (by e-mail)
       Jessica duHoffmann, Esq. (by e-mail)
       Barry M. Kazan, Esq. (by e-mail)
       Lawrence T. Burick, Esq. (by e-mail)
       Stuart I. Gordon, Esq. (by e-mail)
       Edward J. LoBello, Esq. (by e-mail)
       Christopher K. Hu, Esq. (by e-mail)
       Janice Grubin, Esq. (by e-mail)
       Richard C. Komson, Esq. (by e-mail)
       Anthony Acampora, Esq. (by e-mail)
       Kenneth L. Baum, Esq. (by e-mail)
       Martin I. Kaminsky, Esq. (by e-mail)

{10639233:2}