WINDELS MARX LANE & MITTENDORF, LLP
*Successor Attorneys for Roy Babitt, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
(212) 237-1000

Attorneys appearing:  Alan Nisselson (anisselson@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MORGAN & FINNEGAN, L.L.P<br><br>Debtor. | Chapter 7<br><br>Case No. 09-11203 (RDD) |
| ROY BABITT, Trustee for the Chapter 7 Estate of MORGAN & FINNEGAN, L.L.P.,<br><br>Plaintiff,<br><br>-against-<br><br>POLLACK & KAMINSKY, DANIEL A. POLLACK, MARTIN I. KAMINSKY, EDWARD T. MCDERMOTT, ANTHONY ZACCARIA, JUSTIN CHU AND W. HANS KOBELT,<br><br>Defendants. | Adv. Pro. No. 11-01675 (RDD) |

**STIPULATION DISCONTINUING ACTION AGAINST DEFENDANTS POLLACK & KAMINSKY, DANIEL A. POLLACK, MARTIN I. KAMINSKY EDWARD T. MCDERMOTT, ANTHONY ZACCARIA, JUSTIN CHU AND W. HANS KOBELT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned below, that this action (Adv. Pro. No. 11-01675 (RDD)) against defendants Pollack & Kaminsky, Daniel A. Pollack, Martin I. Kaminsky, Edward T. McDermott, Anthony Zaccaria, Justin Chu and W. Hans Kobelt is discontinued with prejudice and without costs to any party as against the other.

{10647219:1}

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and facsimile signatures are valid and binding as original, and filed without further notice with the Clerk of the Court.

| Dated: June 6, 2011 | Dated: June 3, 2011 |
|---|---|
| WINDELS MARX LANE & MITTENDORF, LLP<br>*Attorneys for Roy Babitt, Chapter 7 Trustee*<br><br>BY: /s/ Alan Nisselson<br>Alan Nisselson (anisselson@windelsmarx.com)<br>156 West 56th Street<br>New York, New York 10019<br>Tel: (212) 237-1000 | MARTIN I. KAMINSKY, ESQ.<br>*Attorney for Defendants Pollack & Kaminsky, Daniel A. Pollack, Martin I. Kaminsky, Edward T. McDermott, Anthony Zaccaria, Justin Chu and W. Hans Kobelt*<br><br>BY: /s/ Martin I. Kaminsky<br>Martin I. Kaminsky (mikaminskylaw@aol.com)<br>225 Circle Road<br>Muttontown<br>Syosett, New York 11791<br>(917) 847-9894 |

**IT IS SO ORDERED** in White Plains, New York, this 20th day of June, 2011

/s/Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

{10647219:1}